No. 699. EL PUEBLO, DEMANDANTE Y APELADO, *v.* PALÉS, ACUSADO Y APELANTE.—Apelación procedente de la Corte de

Distrito de Guayama. Resuelto en julio 29, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Jaime Sifre, Jr., Fiscal interino.* Abogado del apelante: *Sr. Tomás Bernardini.*